## ATTACHMENT A-STATEMENT OF FACTS

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **STEVEN WOOLLEY** ("**WOOLLEY**") was a resident of Bowie, Maryland.

On January 5, 2011, **WOOLLEY** made available 133 files to individuals on the file share program Shareaza for distribution. Of the 133 files, 77 had titles indicative of child pornography. On January 5, 2011, an undercover officer investigating the distribution of child pornography on file share programs downloaded 11 videos depicting children engaged in sexually explicit conduct from **WOOLLEY**. Three of the files **WOOLLEY** distributed are as follows:

* I Slo-Mo Cum My Step Daughter Jenniefer Sofie Verme 4yo In Mouth.avi (1:06), which depicts a naked prepubescent female performing oral sex on an adult male. The adult male then ejaculates into the child's mouth while holding her hair.

* Fucked against will, creampie.avi (1:00), which depicts a toddler female lying on her back with her eyes blindfolded. She is wearing only a pair of underwear which is pulled aside as an adult male penetrates her vaginally with his penis.

* 5Yo jercked off on.avi (2:00), which depicts a prepubescent female lying naked with her vagina exposed and her hands holding her vagina. An adult male masturbates in front of the child before ejaculating onto her vagina.

On January 28, 2011, after identifying the individual that distributed the images as **WOOLLEY**, Maryland State Police executed a search warrant at **WOOLLEY**'s residence in Bowie, Maryland. **WOOLLEY** was interviewed and advised that he utilized multiple file share programs to include Utorrents, Emule and Shareaza, as well as Gigatribe, Internet Chat Relay (IRC), and Skype. **WOOLLEY** also admitted that he exchanged child pornography with other users on Gigatribe and that he told another Gigatribe user that he was interested in "three year old stuff" in order to gain access to that user's collection of child pornography. **WOOLLEY** advised law enforcement that he set up his Gigatribe account to store child pornography files in order to trade with others. **WOOLLEY** also utilized Emule, a file share program, to download and distribute child pornography. To search for images and videos, **WOOLLEY** used terms such as "teen," "hussyfan," "r@ygold," and "lordofthering" which he knew to be associated with child pornography images and videos. When **WOOLLEY** received child pornography from another individual, he saved it on his computer and advised law enforcement he had between 300-400 videos of child pornography on his computer.

During the search, **WOOLLEY**'s computers and other digital media items were seized and forensically examined. The computers and hard drives utilized by **WOOLLEY** contained

approximately 56 videos depicting children engaged in sexually explicit conduct in folder titled "Pedo" and within that folder, in folders titled "10+," "3-5" and "5-10." Images present on **WOOLLEY**'s seized computer included:

* Cbabyj Collection "Very willing premature sexualized little girls 3yo to 70 shamed into pedo 21m17s.dovx.avi, which depicts a toddler female inserting her finger into her vagina before an adult male vaginally penetrates her with his penis. The adult male also engages in anal sex with the child and concludes with him ejaculating on her vagina.

* Daphne_Directors_Cut.wmv, which depicts a prepubescent female engaging in vaginal intercourse with an adult male.

* (Pthc) 10 yo Ann Holiday - Splatter Angell.avi, which depicts a prepubescent female lying on a blanket performing oral sex on an adult male. The adult male then masturbates in front of the child before ejaculating on her face.

Also identified on **WOOLLEY**'s computer were the child pornography files that were distributed by **WOOLLEY** and downloaded by the undercover officer on January 5, 2011.

The images and videos depict real children engaged in sexually explicit conduct. The images downloaded onto the defendant's computer were transported through the Internet and therefore traveled in interstate commerce.

\* \* \*

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

__11/1/11__
Date

_[signature]_
Steven Woolley